*Ralph Kalish* for petitioner. *Messrs. Samuel W. Fordyce, John A. Sibley,* and *Edwin W. Canada* for respondent.

Nos. 655 and 656. RADCLIFF GRAVEL CO., INC. ET AL. *v.* HENDERSON, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION, ET AL. March 6, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Palmer Pillans* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shca,* and *Messrs. Robert L. Stern* and *Melvin Richter* for Henderson.

No. 659. DE FREMERY & Co. *v.* UNITED STATES. March 6, 1944. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Mr. George R. Tuttle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Rao,* and *Messrs. John R. Benney* and *Walter J. Cummings, Jr.* for the United States.

No. 665. MATTSON *v.* AMUSEMENT CORPORATION OF AMERICA. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Burton G. Henson* for petitioner. *Mr. Albert G. McCaleb* for respondent.

No. 668. ESENWEIN *v.* COMMONWEALTH EX REL. ESENWEIN. March 6, 1944. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Sidney J. Watts* for petitioner. *Mr. J. Thomas Hoffman*